

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Horacio Hernandez d/b/a Top Rank Transport, | § | No. 08-20-00131-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 210th District Court |
| | § | |
| Edgar Duran d/b/a Duran's Body Shop, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2018DCV4430) |
| | § | |

## **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **October 12, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Erika C. Wright, Court Reporter for the 210th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **October 12, 2020.**

IT IS SO ORDERED this 17thday of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.